UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
THE PLAYERS,

              Petitioner,

-against-

                                  Case No. 07-Civ-

PETER WARD, as President of LOCAL 6,
HOTEL, RESTAURANT & CLUB EMPLOYEES
AND BARTENDERS UNION, UNITE-HERE,

              Respondent.

------------------------------X


STATE OF NEW YORK  )
                           :ss.:
COUNTY OF NEW YORK  )

      Deborah J. Bobb, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and is employed by Pitta & Dreier LLP, 499 Park Avenue, New York, New York 10022.

      On February 1, 2008, I served the within Notice of Removal, 7.1 Statement, Judge Paul A. Crotty, Individual Practice Rules, Judge Theodore H. Katz Individual Practice Rules and Notice of Notice of Removal, in the above captioned proceeding by regular first class mail by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the persons indicated below:

      Regina E. Faul, Esq.
      Kaufman Dolowich & Voluck LLP
      135 Crossways Park Drive, Suite 201
      Woodbury, NY  11797

                                                    _____
                                                    DEBORAH J. BOBB

Sworn to before me this
1st day of February, 2008

_____
Notary Public

Susan E. Gempler
Notary Public State of New York
Qualified In New York County
Reg. No. 01GE6164360
Commission Expires 4/16/2011

{00325907.DOC;}