UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
THE PLAYERS,

                Petitioner,

  -against-

                                                    Case No. 07-Civ-01079

PETER WARD, as President of LOCAL 6,
HOTEL, RESTAURANT & CLUB EMPLOYEES
AND BARTENDERS UNION, UNITE-HERE,

                Respondent.
------------------------------X

STATE OF NEW YORK    )
                            :ss.:
COUNTY OF NEW YORK  )

    Martin Brech, being duly sworn, deposes and says:

    I am not a party to this action, am over 18 years of age, and reside in Carmel, New York. On February 1, 2008, I served by hand delivery a true copy of the *Notice of Removal* in this action on:

> The Clerk of the Court
> Supreme Court of the State of New York
> New York County
> 60 Centre Street
> New York, New York 10007

                                                            Martin Brech

Sworn to before me this
11th day of February 2008

_____
    Notary Public

ASENETH WHEELER - RUSSELL
Notary Public, State of New York
No. 01WH6092028
Qualified in Kings County
Commission Expires May 12, 2011

{00328273.DOC;}