KAUFMAN DOLOWICH & VOLUCK LLP
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797
(516) 681-1100
*Attorneys for Petitioner*
*The Players*
Regina E. Faul (RF-7647)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

THE PLAYERS,

                Petitioner,

-against-

PETER WARD, as president of LOCAL 6, HOTEL
RESTAURANT & CLUB EMPLOYEES AND
BARTENDERS UNION, UNITE-HERE,

                Respondent.
---------------------------------------------------------------X

08-CV-1079
(PAC)(TK)

**STIPULATION AND
ORDER OF DISMISSAL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 5 2008

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the parties that, inasmuch as no party to this action is an infant or incompetent for whom a committee has been appointed, the within action is hereby discontinued with prejudice and without attorneys fees or costs.

This Stipulation may be filed without further notice, in counterparts, and fax and photocopies will have the effect of originals.

Dated: February 15, 2008

KAUFMAN DOLOWICH & VOLUCK LLP
Attorneys for Petitioner

*[signature]*
REGINA E. FAUL (RF-7647)
135 CROSSWAYS PARK DRIVE
SUITE 201
WOODBURY, NY 11797
(516) 681-1100

Dated: February 19, 2008

PITTA & DREIER LLP
Attorneys for Respondent

*[signature]*
JANE LAUER BARKER (JB-5436)
MICHAEL J. D'ANGELO (MD-3030)
499 Park Avenue
New York, NY 10022
(212) 652-3890

So Ordered: FEB 2 5 2008
*[signature]*
U.S.D.J.